**Order entered July 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00405-CV

### GERALD JACKSON, JR., Appellant

### V.

### ALI ZAHER ENTERPRISES, LLC D/B/A PLAYTRI, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03371**

## ORDER

Before the Court is appellee's July 18, 2017 unopposed motion to extend time to file appellee's brief. We **GRANT** appellee's motion **to the extent** that we **ORDER** appellee's brief filed on or before **August 14, 2017**.

/s/    CRAIG STODDART
       JUSTICE